UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SILVIA C. CEULLAR SANTIN,

Plaintiff,

v.                                                          Case No. 5:15-cv-00392-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,
Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Silvia C. Ceullar Santin's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for a period of disability and disability insurance benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On June 11, 2015, the Appeals Council denied Santin's request for review of the ALJ's decision. (*See id.* at 1.) Subsequently, on August 12, 2016, Magistrate Philip R. Lammens issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 21), to which Santin filed an objection (Doc. 24). The Commissioner did not file a response to Santin's objection.

After de novo review of the portions of the Report and Recommendation to which Santin objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 13.)

-2-

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

1. The Commissioner's final decision in this case is **AFFIRMED**.

2. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this ___27___ day of September, 2016.

                                        G. KENDALL SHARP
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record